UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TAYLOR,<br><br>             Plaintiff,<br><br>   vs.<br><br>NORM KRAMER, et al.,<br><br>             Defendants. | 1:14-cv-00939-AWI-GSA-PC<br><br>ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT<br><br>DEADLINE:  <u>JANUARY 6, 2015</u> |

Jason Taylor ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  The Complaint commencing this action was filed by Plaintiff and fifteen co-plaintiffs on June 18, 2014.  (Doc. 1.)  On September 26, 2014, the court issued an order severing the plaintiffs' claims, opening new cases for the co-plaintiffs, and ordering Plaintiff and each co-plaintiff to file a First Amended Complaint in his own action within thirty days.  (Doc. 41.)

The thirty-day deadline has expired, and Plaintiff has not filed an amended complaint in this case.  However, in the interim, Plaintiff and his former co-plaintiffs filed a motion for reconsideration in this case which raised questions about the status of the plaintiffs' cases and whether they would be required to file amended complaints in their own cases.[1]  The motion

---

[1] On November 17, 2014, Plaintiff and the fifteen former co-plaintiffs filed a motion for reconsideration of the court's orders denying the appointment of counsel and class action certification.  (Doc. 44.)  On November 25, 2014, the motion for consideration was denied. (Doc. 45.)

1

for reconsideration is now resolved, and Plaintiff is required to file a First Amended Complaint in this case, pursuant to the court's order of September 26, 2014.  At this juncture, good cause appearing, Plaintiff shall be granted an extension of time in which to file the First Amended Complaint.

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is GRANTED an extension of time **until January 6, 2015**, to file a First Amended Complaint in this action, pursuant to the court's order of September 26, 2014; and

2. Plaintiff's failure to comply with the court's order shall result in the dismissal of this case.

IT IS SO ORDERED.

    Dated:   **November 26, 2014**                    **/s/ Gary S. Austin**
                                                                                UNITED STATES MAGISTRATE JUDGE